FILED'10 MAR 11 14:31 USDC-ORP

Lee Aronson
Oregon State Bar No. 77100
laronson@schulte-law.com
LeAnn McDonald
Oregon State Bar No. 07291
lmcdonald@schulte-law.com
SCHULTE, ANDERSON, DOWNES
  ARONSON & BITTNER, P.C.
811 SW Naito Parkway, Suite 500
Portland, Oregon  97204-3379
(503) 223-4131
F (503) 223-1346
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL G. THORPE,** | Case No. CV09-1054-JO |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| **WHI HOTEL LLC**, d.b.a. Holiday Inn Portland South, | |
| Defendant. | |

Based upon the stipulation of the parties hereto that this matter has been fully settled and compromised,

Page 1 –  **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED that plaintiffs' complaint be dismissed with prejudice and without costs to any party.

Dated this 11th day of March, 2010.

United States District Court

_Robert E. Jones_
The Honorable Robert E. Jones
United States District Court

IT IS SO STIPULATED:

SMITH & FJELSTAD

By: _____
Kerry M.L. Smith
OSB No. 88103
(503) 669.2242
Attorneys for Plaintiff

SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER P.C.

By: _____
LeAnn McDonald
OSB No. 07291
(503) 223-4131
Attorneys for Defendant

Page 2 — **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**